IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF IOWA

EASTERN DIVISION

Nan Li,

    Plaintiff(s),

vs

THE UNIVERSITY OF IOWA,

    Defendant(s).

CASE NO. 3:25-cv-00008

PLAINTIFF'S MOTION TO ASK THE COURT TO EXTEND THE DEADLINE FOR SUBMITTING A SCHEDULING ORDER AND DISCOVERY PLAN

September 2, 2025

Dear Judge Kelly (Your honor)

I received your order on August 29, 2025, via USPS mail, regarding the preparation and attendance at the Scheduling Conference. September 18 is the deadline for me to submit a proposed scheduling order and discovery plan to the court.

I am writing to respectfully request that Your Honor grant me an extension of the deadline to September 24, 2025, to submit the proposed scheduling order and discovery plan.

I am a non-English language speaker without a legal training background. The only two law courses that I took were special education law and higher education law while attending the University of Kansas as a graduate student. Law is a special language. Rules and processes involving discovery are complex.

For the above reason, I respectfully request that Your Honor grant me an extension of the deadline to September 24, 2025 to submit the proposed scheduling order and discovery plan to the court.

I appreciate you considering my request!

Respectfully,

*Nan Li*     09/02/2025

Nan Li (a Pro Se litigant)

90 Circle Drive, #9

North Liberty, IA 52317

Tel: 785-424-0203

Dear Clerk,

I certify that the two motions ( Motion to ask the court to give me a new deadline for submitting a scheduling order and discovery plan and motion to ask the court to reconsider my motion to strike request along with the attached document 25) have been mailed to the defendant on 09/02/2025 via USPS certified mail.

Thanks for your service!

Sincerely,

Nam Li

09/02/2025

90 Circle Drive, #9
North Liberty, IA. 52317
Tel: 785-424-0203

Nan Li
90 Circle Drive, #9
North Liberty, IA 52317



CERTIFIED MAIL

9589 0710 5270 1675 7146 40

Retail
U.S. POSTAGE
FCM LG
NORTH L
SEP 02,
52801
$7.4
RDC 99
S2324P5

please to: United States District Court, South
District of Iowa
Clerk of Court
131 East 4th Street, Suite 150
Davenport, Iowa. 52801