**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| **NAN LI,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**THE UNIVERSITY OF IOWA,**<br><br>    **Defendant.** | **Case No. 3:25-CV-00008-RGE-WPK**<br><br>**PLAINTIFF'S UNRESISTED MOTION FOR AN EXTENSION OF TIME TO PRODUCE INITIAL DISCLOSURES** |

    **COMES NOW**, Plaintiff Nan Li, pursuant to Fed. R. of Civ. P. 6(b) and 26, and L.R. 7(b), hereby states the following in support of PLAINTIFF'S UNRESISTED MOTION FOR AN EXTENSION OF TIME TO PRODUCE INITIAL DISCLOSURES:

1. Counsel for Plaintiff recently became involved in the above-captioned matter and filed his appearance on November 3, 2025.

2. Counsel for Plaintiff has trial November 4 through November 7, 2025, and respectfully requests additional time to review documents before assisting Plaintiff with the production of initial disclosure documents.

3. On October 31, 2025, counsel for both parties spoke on the phone and counsel for Defendant, attorney Deist, indicated his client would not object to Plaintiff taking an additional 15 days to submit initial disclosure documents.

4. With Defendant's consent, and the Court's approval, Plaintiff seeks an Order allowing Plaintiff to provide initial disclosure documents on or before November 15, 2025.

**WHEREFORE** Plaintiff respectfully requests the Court grant her Unresisted Motion for an Extension of Time for Initial Disclosures.

Respectfully submitted,

 /s/ James C. Larew
James C. Larew AT0004543
LAREW LAW OFFICE
504 East Bloomington Street
Iowa City, Iowa 52245
Telephone: (319) 541-4240
Facsimile: (319) 337-7082
Email: james.larew@larewlawoffice.com
**ATTORNEY FOR PLAINTIFFF**

 Copy to:

Christopher J. Deist
ATTORNEY GENERAL OF IOWA
HOOVER STATE OFFICE BLDG
1305 EAST WALNUT STREET
DES MOINES, IA 50319
515-281-7240
christopher.deist@ag.iowa.gov
**ATTORNEY FOR DEFENDANT**

PROOF OF SERVICE
The undersigned certifies that the foregoing document was
served upon all parties to each of the attorneys of record
herein at their respective addresses disclosed on the
pleadings on November 3, 2025.

By:
□   Hand Delivered
□   US Mail
□   Fax
X   Email
X   Other-CM/ECF

Signature_____/s/ Kate Robinson_____